## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                        PLAINTIFF

v.                            No. 5:14-cv-346-DPM-PSH

RANDY WATSON, Warden, Varner Super Max;
WENDY KELLEY,* Director, Arkansas Department of
Correction; GRANT HARRIS, Assistant Director, ADC;
RAYMOND NAYLOR, Disciplinary Hearing Administrator,
ADC; MOSES JACKSON, Assistant Warden, Varner Super
Max; WARDELL BROOKS, Correctional Officer, Varner
Super Max; EVERETT G. LITZSEY, JR., Sergeant, East
Regional Unit; and JAMES PLUMMER, Lieutenant,
Varner Super Max                                                  DEFENDANTS

## ORDER

1.  On de novo review, the Court adopts the recommendation, № 40,

and overrules Scott's objections, № 42. FED. R. CIV. P. 72(b)(3). Scott's motion

for preliminary injunctive relief and motion for order, № 36 & 37, are denied

without prejudice.

2.  The Court directs the Clerk to mail Scott another file-marked copy of

his complaint, № 2.

---

*Wendy Kelley has replaced Ray Hobbs as the Director of the Arkansas
Department of Correction. The Court directs the Clerk to amend the docket.
FED. R. CIV. P. 25(d).

So Ordered.

_____
D.P. Marshall Jr.
United State District Judge


_4 March 2016_