IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                              PLAINTIFF

v.                     No. 5:14-cv-346-DPM-PSH

RANDY WATSON, Warden, Varner Super Max;
WENDY KELLEY, Director, Arkansas Department of
Correction; GRANT HARRIS, Assistant Director, ADC;
RAYMOND NAYLOR, Disciplinary Hearing Administrator,
ADC; MOSES JACKSON, Assistant Warden, Varner Super
Max; WARDELL BROOKS, Correctional Officer, Varner
Super Max; EVERETT G. LITZSEY, JR., Sergeant, East
Regional Unit; and JAMES PLUMMER, Lieutenant,
Varner Super Max                                                      DEFENDANTS

ORDER

Unopposed partial recommendation, № 54, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Scott's motion for a temporary restraining order, № 52, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United State District Judge

28 June 2016