IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                                   PLAINTIFF

v.                          No. 5:14-cv-346-DPM

RANDY WATSON, Warden, Varner Super Max;
WENDY KELLEY, Director, Arkansas Department of
Correction; GRANT HARRIS, Assistant Director, ADC;
RAYMOND NAYLOR, Disciplinary Hearing Administrator,
ADC; MOSES JACKSON, Assistant Warden, Varner Super
Max; WARDELL BROOKS, Correctional Officer, Varner
Super Max; EVERETT G. LITZSEY, JR., Sergeant, East
Regional Unit; and JAMES PLUMMER, Lieutenant,
Varner Super Max                                                          DEFENDANTS

**ORDER**

1. On *de novo* review, the Court adopts the recommendation, № 63, and overrules Scott's objections, № 66. FED. R. CIV. P. 72(b)(3). Motion for summary judgment, № 46, granted. Scott's complaint will be dismissed with prejudice.

2. Scott's suggestion that the Magistrate Judge didn't thoroughly consider the record is unfounded and intemperate. If Scott peppers his papers with such things again, the Court will sanction him.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

*10 February 2017*